NEW JERSEY WATER SERVICE COMPANY AND NEW YORK
TRUST COMPANY, PROSECUTORS, v. BOROUGH OF BUT-
LER, RESPONDENT.

Argued May term, 1928—Decided July 10, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the prosecutors, *Treacy & Treacy*.

For the respondent, *King, Vogt & J. W. De Yoe*.

PER CURIAM.

This is an application for a writ of *certiorari* to review an order made by a justice of this court, appointing three commissioners to determine the compensation to be paid for certain property of the prosecutors, which is sought to be taken in condemnation proceedings by the respondent.

The court, having considered the matter, and the arguments of counsel thereon, it is ordered that a writ of *certiorari* be allowed to review the order appointing the commissioners.